## DUNCAN *v.* LABOUISSE.

THE following amended decree in the above case, reported *ante* p. 49, was accidentally omitted:

SLIDELL, C. J. The opinions of the Judges respectively remain unchanged, except as to the propriety of the reservation added to the judgment of affirmance, by way of amendment.

It is therefore ordered that the application for rehearing be dismissed.

It is further ordered, that the judgment in this cause by this court rendered on the 23d of January last, be amended so as to read as follows:

It is therefore decreed, that the judgment of the District Court be affirmed, with costs, without any prejudice to any right of action the said *Duncan* may have for damages for the breach by said *Labouisse*, of the alleged formal agreement between said *Labouisse* and said *Duncan*, mentioned in the petition.